**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11   ROBERT S. KOSLOFF,                          No. C 02-5931   JL
12              Plaintiff,                       **ORDER RE BRIEFING on**
                                                 **Plaintiff'S motion for leave to file**
13        v.                                     **motion for reconsideration or to amend**
                                                 **order granting attorney fees**
14   CAFÉ VASILIKI, ET AL.,                      **(Docket # 80)**
15              Defendants.
     _____/
16
17
18        The Court received Plaintiff's motion and finds it appropriate for submission without
19   oral argument as provided by Civil Local Rule 7-1(b). Defendants shall file their opposition
     on or before March 29, 2006. Plaintiff's reply, if any, shall be filed on or before April 5,
20   2006.
21        IT IS SO ORDERED.
22   DATED: March 14, 2006
23
24
                                        _____
25                                      James Larson
                                        United States Magistrate Judge
26
27
28